IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDELL McMEANS,** : | |
| Petitioner, : | |
| | CIVIL ACTION 09-0096-CG-M |
| v. : | |
| | CRIMINAL ACTION 07-00157-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 27-28) be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 19th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE