IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDELL McMEANS,** : | |
| Petitioner, : | |
| | CIVIL ACTION 09-0096-CG-M |
| v. : | |
| | CRIMINAL ACTION 07-00157-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Lindell McMeans.

**DONE and ORDERED** this 19th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE